1
2
3                                                 O
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA

10
11 SHAKA SENEGAL MUHAMMAD,      Case No. CV 11-09936-VAP (OP)
12             Petitioner,                  ORDER ACCEPTING FINDINGS,
         v.                                       CONCLUSIONS, AND
13                                              RECOMMENDATIONS OF
                                             UNITED STATES MAGISTRATE
14 GARY SWARTHOUT, Warden,         JUDGE
15
16             Respondent.

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
18 file, the Report and Recommendation of the United States Magistrate Judge, and
19 Petitioner's Objections thereto. The Court has engaged in a <u>de</u> <u>novo</u> review of those
20 portions of the Report and Recommendation to which Petitioner has objected. The
21 Court accepts the findings and recommendations of the Magistrate Judge,
22 / / /
23 / / /
24 / / /
25
26
27
28

1     IT IS ORDERED that Judgment be entered: (1) accepting this Report and
2  Recommendation; (2) granting Respondent's Motion to Dismiss the Petition; and (3)
3  directing that Judgment be entered denying the Petition and dismissing this action
4  with prejudice.

7  DATED: May 1, 2012          *Virginia A. Phillips*
                                HONORABLE VIRGINIA A. PHILLIPS
8                               United States District Judge

10 Prepared by:

13 HONORABLE OSWALD PARADA
14 United States Magistrate Judge